**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL A. JOSEPH, | No. C06-05636 MJJ |
| Plaintiff, | **ORDER DISMISSING CASE AND DENYING MOTION FOR CONTINUANCE AS MOOT** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

Before the Court is Plaintiff Rafael A. Joseph's ("Plaintiff") Motion for Continuance.[1] For the following reasons, the Court **DENIES** the motion as moot and **DISMISSES** the case.

Plaintiff filed a complaint in this Court on September 14, 2006, against Defendant Postmaster General John E. Potter ("Defendant") for a variety of claims related to his employment. Pursuant to Title VII, Plaintiff alleged a hostile work environment, retaliation for prior complaints, harassment, loss of pay and discrimination on the basis of race, sex and national origin. (Complaint at ¶¶ 4-6.) Additionally, he alleged a breach of contract by "the union." (*Id.*) Defendant filed a Motion to Dismiss on April 10, 2007. On June 20, 2007, this Court dismissed without leave Plaintiff's Title VII claims.[2] Furthermore, the Court dismissed Plaintiff's breach of contract claims against Defendant because Plaintiff failed to allege the existence of a contract with Defendant. However,

---

[1] Docket No. 22.

[2] The Court concluded it lacked subject matter jurisdiction over Plaintiff's Title VII claims as Plaintiff failed to exhaust administrative remedies.

the Court granted Plaintiff leave to amend his breach of contract claim so he could plead additional facts, and/or join additional parties, that give rise to a valid breach of contract claim.  (Docket No. 21 at 9:5-10.)  Specifically, the Court ordered Plaintiff to file his First Amended Complaint ("FAC"), if any, within twenty days of service of the June 20, 2007 order.  Plaintiff filed what appears to be a Motion for Continuance on July 5, 2007, asking for an additional 30 days from July 10, 2007 to file a FAC.  However, more than three months later, and well past even the extension that Plaintiff requested, Plaintiff has still failed to file a FAC..

Because Plaintiff has failed to file a FAC within the deadline originally established by the Court's June 20, 2007 order, as well as within the extended deadline sought in his request for a continuance, the Court **DENIES** the pending Motion for Continuance as moot and **DISMISSES** the case.  The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

Dated: November 6, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2